Henry P. Hatch and Others v. Otto C. Heinze and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Richmond Assets Collecting Company v. Maurice M. Sternberger.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

George de Carlton v. Vaughan Glaser.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

J. P. Duffy Company v. Stapleton National Bank.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Edward A. Weeks and Others v. Decatur M. Sawyer and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

James O. Preston v. Arthur M. Cox and Others.— Motion denied. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Charles A. Peacock v. Lutz and Schramm Company.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Max Schapiro v. Fred Bohde, Jr., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

In the Matter of Cornelius J. Earley, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

New York Sanitary Utilization Company v. John Purroy Mitchel, as Mayor, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Allied Investors Realty Company v. John Purroy Mitchel, as Mayor, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Mary R. Wright and Others, Respondents, v. Mary R. Wright and Others, Impleaded with New York Public Library, Astor, Lenox and Tilden Foundations, a Corporation, etc., Respondent, and Knickerbocker Hospital, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.